UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: ) | Bankr. No. 22-10002 |
| ) | Chapter 12 |
| WENDY ANN BECKING ) | |
| SSN/ITIN: xxx-xx-7043 ) | ATTORNEYS GERRY & KULM |
| ) | ASK'S APPLICATION FOR FEES |
| Debtor. ) | |

  Gerry & Kulm Ask, attorneys for the above-named Debtor, hereby make application for the payment of certain fees as attorneys employed under §327 pursuant to 11 U.S.C. §§330(a) and 503(b)(2). In support of this application, they respectfully state:

  1. This is an application made pursuant to 11 U.S.C. §§ 327, 328 and 330 for allowance of compensation for legal services rendered by applicants as attorneys for the above-named Debtor to represent Debtor in a Chapter 12 bankruptcy. Under the terms of the employment, the attorneys were to be paid $280.00 per hour for the legal services of attorney Laura L. Kulm Ask; $340.00 per hour for the legal services of attorney Clair R. Gerry; and $110.00 per hour for the certified paralegal services of Julie M. Anacker, plus actual and necessary expenses including sales tax.

  2. The services were rendered, and the expenses were incurred, from January 11, 2022, through December 2, 2022. The services rendered by the attorneys include legal research, preparation of documents, court appearances, and conferences with various parties, all as is more fully detailed on the attached itemization. All services have been rendered and all expenses have been incurred.

  3. As more specifically set forth on the itemization attached to this application, the attorneys seek $28,227.50 in compensation for services rendered, $1,834.79 for sales tax based on an applicable rate of 6.5%, and $524.56 for reimbursement of expenses.

4. Debtor paid a retainer of $7,000.00 on January 12, 2022. Additional payments of $13,000.00 have been received.

5. Attorneys have no agreement or understanding with anyone to share the fees requested.

WHEREFORE, applicants respectfully request as a Chapter 12 administrative expense, a fee award from the bankruptcy estate for $28,227.50 in compensation for services, $1,834.79 for sales tax, and $524.56 for expenses incurred for a total fee award of $30,586.85, that attorneys be authorized to draw down and apply their retainer of $7,000.00 and additional payments received of $13,000.00 and that the balance of $10,586.85 be paid by Debtor pursuant to the terms of Debtor's Plan as Confirmed.

Dated at Sioux Falls, South Dakota, this 5th day of December, 2022.

GERRY & KULM ASK, PROF LLC:

BY: /s/ Clair R. Gerry
    CLAIR R. GERRY
    Attorneys for Debtor
    507 W. 10th Street
    P.O. Box 966
    Sioux Falls, SD 57101-0966
    Telephone: (605) 336-6400
    Facsimile: (605) 336-6842
    Email: gerry@sgsllc.com

## STATEMENT OF SERVICES AND EXPENSES
## ALL SERVICES PERFORMED AND ALL EXPENSES ADVANCED

### I.

### STATEMENT OF EXPENSES ADVANCED

| | |
|---|---|
| See itemization of expenses advanced which is a part of the statement of services, a copy of which is attached hereto. | $ 524.56 |

### II.

### RECAPITULATION OF SERVICES RENDERED

A. Professional services performed

| | | |
|---|---|---|
| Laura L. Kulm Ask | 85.00 hrs. @ $280.00 | 23,800.00 |
| Julie M. Anacker, CP | 40.25 hrs. @ $110.00 | 4,427.50 |
| Total compensation for services | | $28,227.50 |

B. Sales tax at 6.5% — 1,834.79

C. Total expenses incurred — 524.56

D. Total of Amount Requested for Approval — $30,586.85***

E. Retainer and payments received — (20,000.00)

F. Total due — $10,586.85

***Breakdown of Amount Requested for Approval

| | |
|---|---|
| Compensation for services | $28,227.50 |
| 6.5% Sales Tax | 1,834.79 |
| Expenses | 524.56 |
| Total | $30,586.85 |

Laura L. Kulm Ask:

| Date | Description | Hours |
|---|---|---|
| 01/11/22 | TC Brian on Sheriff's Sale in the morning and Bankruptcy options/risks | .25 |
| 01/11/22 | Briefly review court docket filings on client and upcoming issues and dates | .25 |
| 01/11/22 | Review E-Mails from Brian and respond on those and other documents required yet to file | .25 |
| 01/11/22 | TC client on Sheriff's Sale tomorrow and Bankruptcy information needed to file | .25 |
| 01/11/22 | Prepare Chapter 12 Bankruptcy Schedules and Statements | 2.00 |
| 01/11/22 | Briefly review David Becking Trust and attachments from Brian | .25 |
| 01/11/22 | Review Mortgage and briefly review David Becking Trust and Amendments | .50 |
| 01/11/22 | Prepare Disclosure of Compensation and Application to Employ Attorneys, Affidavit and Certificate | .50 |
| 01/11/22 | TC Scott Perrenoud on filing Bankruptcy and Sheriff's Sale and issues | .25 |
| 01/11/22 | Meet with client to go over information for Bankruptcy and issues with creditors | 2.25 |
| 01/12/22 | Prepare Chapter 12 Schedules and Statements | 2.25 |
| 01/12/22 | Prepare E-Mail to Scott on filing and to cancel Sheriff's Sale | .25 |
| 01/12/22 | Prepare E-Mail to Liam on Notice to Trust of filing and E-Mail Notice to Brian | .25 |
| 01/12/22 | Review Trusts and Notes and Mortgages with Trust from client | .50 |
| 01/12/22 | Research legality of Mortgage and issues with not being a CREM | .50 |
| 01/12/22 | Review Notice of 341 Meeting entered by court and mark dates | .25 |
| 01/12/22 | Review response from Trustee Liam and Scott's reply and respond to both | .25 |
| 01/12/22 | Review letter from Trustee and enclosures and mark due dates | .25 |
| 01/13/22 | Prepare Schedules and Statements | .50 |
| 01/17/22 | Prepare Chapter 12 Schedules and Statements | .25 |
| 01/20/22 | Review Order Authorizing Employment entered by court and file | .25 |
| 01/20/22 | Prepare Schedules and Statements | .50 |
| 01/21/22 | Prepare rough numbers for Chapter 12 Plan and strip-off | |

| Date | Description | Hours |
|---|---|---|
| | options | .50 |
| 01/21/22 | Prepare Schedules and Statements | .50 |
| 01/24/22 | Prepare Schedules and Statements | 2.00 |
| 01/24/22 | Review David Becking Trust and revise Schedules and Statements | .50 |
| 01/25/22 | Revise Schedules and Statements | .50 |
| 01/25/22 | Review information client sent for filing and revise Schedules | .25 |
| 01/25/22 | Review tax information for seven tax years and statements for income and expenses | .50 |
| 01/26/22 | Revise Schedules and Statements for filing | 1.00 |
| 02/07/22 | Prepare Application to Employ Accountant, Affidavit and Certificate | .50 |
| 02/09/22 | Prepare Amendment to Mailing Matrix and Certificate of Service | .25 |
| 02/11/22 | Briefly review POC and attachments filed by IRS in case | .25 |
| 02/15/22 | Briefly review POC with attachments filed by First Premier Bank | .25 |
| 02/21/22 | Review 2007 tax return to send to Trustee and prepare E-Mail for 341 meeting | .25 |
| 02/22/22 | Prepare Summary of Operations and revise report | 1.00 |
| 02/22/22 | Prepare first monthly operating report for Trustee | .50 |
| 02/22/22 | Review file to prepare for 341 meeting today | .25 |
| 02/22/22 | TC with client to prepare for 341 meeting and go over reports and requirements | 1.00 |
| 02/22/22 | Attend TC 341 meeting with client and TC with client afterwards | .50 |
| 02/23/22 | Prepare Amendment to Schedules E/F, Notice of Amendment and Certificate | .50 |
| 02/23/22 | Revise Amendment to Schedules E/F, Notice of Amendment and Certificate | .25 |
| 02/25/22 | Review E-Mail from Scott on request from Trust again and questions and reply with information | .25 |
| 02/25/22 | Review file on insurance and missing information and review assets for liability | .25 |
| 03/01/22 | Prepare Chapter 12 Plan, Exhibits and Certificate of Service | 1.00 |
| 03/02/22 | Prepare Chapter 12 Plan, Exhibits and Certificate of Service | 2.50 |
| 03/02/22 | TC Wendy on issues with hay, feed, cash flow and operation and options | .75 |
| 03/02/22 | Prepare 2022 cash flow projections based on client's numbers | .50 |

| Date | Description | Hours |
|---|---|---|
| 03/03/22 | Review E-Mails on update on client and issues and stay and respond | .25 |
| 03/03/22 | Revise 2022 cash flow projections to send to client | .25 |
| 03/03/22 | Prepare Chapter 12 Plan, Exhibits and Certificate | 1.25 |
| 03/08/22 | Review information from client on DIP and tax information and missing documents yet | .25 |
| 03/11/22 | Briefly review POC and attachments filed by AT&T in case | .25 |
| 03/21/22 | Briefly review POC with attachments filed by TCS | .25 |
| 03/22/22 | Prepare Chapter 12 Plan, Exhibits and Certificate of Service | .50 |
| 03/23/22 | Briefly review POC filed by David Becking Trust and attachments | .25 |
| 03/23/22 | Prepare Supplemental Disclosure of Compensation on payment received | .25 |
| 03/23/22 | Revise Notice to Amend, Schedules and Certificate to file | .25 |
| 03/23/22 | Revise Application to Employ CPA, Affidavit and Certificate to file | .25 |
| 03/23/22 | Briefly research Motion to Enlarge POC Deadline for Two Certain Creditors | .25 |
| 03/24/22 | Revise Chapter 12 Plan, Exhibit and Certificate of Service | 1.50 |
| 03/24/22 | Revise 2022 cash flow projections with updates | .25 |
| 03/25/22 | Revise Chapter 12 Plan, Exhibit and Certificate of Service | 1.25 |
| 03/28/22 | Review Notice from IRS on missing tax returns and documents needed | .25 |
| 03/28/22 | Revise Chapter 12 Plan, Exhibits and Certificate of Service to send to client | .50 |
| 03/28/22 | Prepare POCs for two creditors that were added late at $0 | .25 |
| 03/29/22 | Prepare E-Mail to Scott Perrenoud again requesting Note and Mortgage | .25 |
| 03/29/22 | Review full Mortgage from First Premier on homestead language | .25 |
| 03/20/22 | Review POCs for clinic and Sutton Law to file today | .50 |
| 03/31/22 | Review Order Employing CPA and E-Mail client and CPA | .25 |
| 04/12/22 | Prepare Second Supplemental Disclosure of Compensation | .25 |
| 04/12/22 | Review Notice of Confirmation Hearing and Deadlines entered by court | .25 |
| 04/12/22 | Revise Certificate of Service on Plan and Notice to serve | .25 |

| Date | Description | Hours |
|---|---|---|
| 04/20/22 | Prepare response to inquiry about missing tax returns to the IRS | .25 |
| 04/29/22 | Prepare Certificate of Service on Plan and Notice to Codington County | .25 |
| 05/02/22 | Review final POC registry and claims for Objections and mark date | .25 |
| 05/02/22 | Prepare Objection to David Becking Living Trust POC, Notice and Certificate | .75 |
| 05/06/22 | Review E-Mail from Trustee on questions on Plan and offset with Trust and respond | .25 |
| 05/11/22 | Review Objection to Plan filed by Trustee | .25 |
| 05/11/22 | Prepare Amended Schedule E/F to add County, Notice of Amendment and Certificate | .50 |
| 05/11/22 | Revise Objection to David Becking Trust POC, Notice and Certificate | .25 |
| 05/12/22 | Review Objection to Plan filed by First Premier Bank | .25 |
| 05/12/22 | Prepare Amended POC changing creditor from Sutton Law to Codington County | .50 |
| 05/12/22 | Briefly review Objection filed by David Becking Trust to Plan | .25 |
| 05/13/22 | Review Objection filed by David Becking Trust and left message for Lisa | .25 |
| 05/13/22 | Review Objection filed by IRS and E-Mail to client with urgency on tax returns | .25 |
| 05/16/22 | Revise Objections to Trust's POC, Notice and Certificate to file today | .25 |
| 05/16/22 | Revise Amendment to Schedules E/F to add Codington, Notice and Certificate to file | .25 |
| 05/16/22 | Prepare E-Mail to Dale on continuing TC conference hearing and objections | .25 |
| 05/16/22 | Prepare E-Mail to client on update for TC hearing and tax returns needed | .25 |
| 05/17/22 | Prepare E-Mails to Stephanie, Lisa and Scott on continuance for confirmation | .25 |
| 05/17/22 | Review responses from Stephanie and Lisa on agreements to continuance and reply | .25 |
| 05/18/22 | Review Trustee's Objection to Plan on State Court treatment | .25 |
| 05/19/22 | TC Plan confirmation hearing with the court | .25 |
| 05/19/22 | Review Order entered by court with hearing minutes and mark date | .25 |
| 05/20/22 | Review text message from client on questions on CPA and hearing and respond | .25 |

| Date | Description | Hours |
|---|---|---|
| 05/26/22 | Review Plan on Trust treatment and mark date for last payment | .25 |
| 05/26/22 | TC Lisa Carrico on issues Debtor's Objections and options with resolving Objections with Trust | .75 |
| 05/26/22 | Review E-Mails from client on update on livestock numbers and respond with questions | .25 |
| 05/26/22 | TC Scott on First Premier's Objections and potential resolution | .25 |
| 05/27/22 | Review E-Mail from Trust's Trustee to client responding to Debtor's E-Mail on damages | .25 |
| 06/07/22 | Review E-Mails on Trust update from Lisa and review attachments | .50 |
| 06/07/22 | Prepare E-Mail to Lisa on attached letter E-Mailed and timeline on information requested | .25 |
| 06/13/22 | Prepare E-Mail to Lisa on itemization of debt from Trust yet on Objection | .25 |
| 06/15/22 | Review E-Mails from client on updates/questions and issues and details | .25 |
| 06/16/22 | Prepare E-Mail to client on issues with no tax returns still and dismissal | .25 |
| 06/16/22 | Prepare E-Mail to Lisa on missing information yet and briefly review response and reply | .25 |
| 06/21/22 | Review documentation supplied from Trust on proving up its POC | .50 |
| 06/21/22 | Prepare proposed Order Sustaining Debtor's Objection to Becking Trust's POC | .25 |
| 06/21/22 | Review letter from Lisa and attachments to E-Mail and respond on missing information yet | .25 |
| 06/21/22 | Prepare E-Mail to client on information from Trust's attorney and missing tax returns | .25 |
| 06/21/22 | Prepare E-Mail to Lisa on request for invoices and proof of property insurance paid | .25 |
| 06/23/22 | Review Order Disallowing Becking Trust's POC entered by court | .25 |
| 06/30/22 | Meet with Scott Perrenoud on claim with Trust and $0 amount and Plan | .25 |
| 07/01/22 | Review E-Mail from Trustee on questions for confirmation hearing and respond to update all | .25 |
| 07/06/22 | Prepare E-Mail to Lisa on update on second E-Mail promises and invoices and requests | .25 |
| 07/19/22 | Revise letter to client on no taxes filed yet and risks with delays on her end and withdrawal | .25 |
| 07/29/22 | Review E-Mail from Dale on status update and respond | |

| Date | Description | Hours |
|---|---|---|
| | with issues | .25 |
| 08/01/22 | Review E-Mail from client on tax transcripts but no progress and reply | .25 |
| 08/02/22 | Prepare E-Mail to client on questions by court and update needed and Motion to Dismiss | .25 |
| 08/02/22 | Review E-Mail from court on update on Modified Plan and respond | .25 |
| 08/05/22 | Review response from CPA on late returns and estimated filing update | .25 |
| 08/05/22 | Prepare E-Mail to court on update on late returns and Modified Plan option | .25 |
| 08/08/22 | Prepare Modified Plan, Exhibits, Cash Flow and Certificate of Service | 2.00 |
| 08/08/22 | Prepare cash flow for Plan and E-Mail to client to review and revise | .50 |
| 08/10/22 | Prepare Modified Plan, Exhibits, Cash Flow and Certificate of Service | .50 |
| 08/15/22 | Prepare historical numbers based off drafts of tax returns | .25 |
| 08/17/22 | Prepare Modified Plan and updated cash flows | .25 |
| 08/22/22 | Prepare Modified Plan, Exhibits and Certificate of Service | .25 |
| 08/23/22 | Review E-Mail from Trustee on update on Modified Plan and respond | .25 |
| 08/23/22 | Prepare Modified Plan, Exhibits and Certificate and Cash Flows with client's numbers | .25 |
| 08/29/22 | Revise Modified Plan, Exhibits and Certificate of Service with updates | .25 |
| 08/30/22 | Review E-Mails from Trustee on questions and status update on Modified Plan and respond | .25 |
| 09/06/22 | Review E-Mail from court on requested update with Modified Plan and respond | .25 |
| 09/09/22 | Review information from CPA and prepare E-Mail to court on update as requested | .25 |
| 09/15/22 | Review finalized tax returns for 2008 – 2021 and calculate tax history | .50 |
| 09/15/22 | Review 2017 – 2021 tax returns and calculate historical numbers for cash flows | .50 |
| 09/15/22 | Revise Modified Plan, Exhibits and Certificate and updated cash flows | 1.00 |
| 09/15/22 | Prepare E-Mail to Scott on questions per diem with First Premier's numbers and updated payoffs needed | .25 |
| 09/16/22 | Revise Modified Plan, Exhibits and Certificate and | |

| Date | Description | Hours |
|---|---|---|
| | updated cash flow | .50 |
| 09/19/22 | Revise Modified Plan, Exhibits and Certificate of Service | .25 |
| 09/22/22 | Revise Modified Plan with Exhibits, Notice and Certificate of Service | .75 |
| 09/22/22 | Prepare E-Mail to Scott again on payoff to First Premier and information needed | .25 |
| 09/26/22 | Revise cash flows for 2022 forward and revise Modified Plan and Exhibits | 1.00 |
| 09/26/22 | Prepare E-Mail to Scott on proposed Modified Plan treatment with First Premier | .25 |
| 09/27/22 | Review E-Mail from court on update on Modified Plan and respond | .25 |
| 09/27/22 | Review messages from client on questions on Chapter 7 options and respond with information | .25 |
| 09/28/22 | Prepare E-Mail to Scott Perrenoud on questions on attorney fees and foreclosure costs | .25 |
| 09/28/22 | Review questions from client in messages on Plan and re-calculate to send numbers back | .25 |
| 09/30/22 | Review E-Mail from Scott on First Premier Objection to interest and respond | .25 |
| 09/30/22 | Prepare Certificate of Service on Modified Plan and Notice | .25 |
| 09/30/22 | Prepare E-Mail to client on issues with interest rates and risks with her delays | .25 |
| 10/03/22 | Review E-Mails from client on questions and Modified Plan and issues and respond to all | .50 |
| 10/04/22 | Prepare E-Mail to client on itemization of First Premier's POC as questioned | .25 |
| 10/05/22 | Review response from Scott Perrenoud on bank's payoff and approval and reply | .25 |
| 10/11/22 | Review E-Mail from Trustee on questions on Plan and if filed yet and deadlines and respond | .25 |
| 10/11/22 | Review Notice of Confirmation Hearing set by court and mark date | .25 |
| 10/24/22 | Review E-Mail from IRS on unfiled tax returns, respond and E-Mail CPA | .25 |
| 10/24/22 | Review responses from IRS on statute of limitations, re-calculate and reply | .25 |
| 10/24/22 | Prepare E-Mail to CPA and client on E-Mails from IRS and returns needing to be filed | .25 |
| 11/02/22 | Review E-Mail from Trustee on questions on Modified Plan and respond on corrections | .25 |
| 11/02/22 | Review response from Trustee and questions on tax | |

| Date | Description | Hours |
|---|---|---|
| | returns filed or not and reply | .25 |
| 11/02/22 | TC client on Modified Plan, potential Objections, interest rates, Trust issues, etc. | .75 |
| 11/07/22 | Review E-Mail from banker at First Premier to Scott on Modified Plan and file | .25 |
| 11/08/22 | Review E-Mail from Scott on interest rate increase and Objection to Plan | .25 |
| 11/08/22 | Review Objection to Confirmation of Plan filed by First Premier Bank | .25 |
| 11/08/22 | Re-calculate proposed Plan payments at 7% interest for First Premier | .50 |
| 11/08/22 | Review Objection to Confirmation of Plan filed by IRS | .25 |
| 11/08/22 | Review E-Mail from Stephanie on request for returns and Objection filing and respond | .25 |
| 11/09/22 | Review E-Mails from client on questions on payments under Plan and respond | .25 |
| 11/09/22 | Prepare E-Mails to Sondra at IRS on filed tax returns to amend POC | .25 |
| 11/09/22 | Prepare E-Mails to Stephanie on filed tax returns for Plan Objection | .25 |
| 11/10/22 | Review E-Mail from Sondra at IRS on refunds and offset and reply | .25 |
| 11/10/22 | Prepare E-Mail to Stephanie on IRS and E-Mail client on IRS information on refunds | .25 |
| 11/14/22 | Review E-Mails from Sondra with IRS on returns and refund and reply | .25 |
| 11/14/22 | Review E-Mail from Dale on questions on TC hearing and respond with update | .25 |
| 11/14/22 | Review responses from client on Plan and upcoming hearing and reply | .25 |
| 11/15/22 | Review Amended POC and attachments filed by IRS in case | .25 |
| 11/15/22 | Prepare E-Mail to Stephanie if Amended POC resolves IRS Objections | .25 |
| 11/15/22 | Review response from Stephanie on IRS Objections and potential language and respond | .25 |
| 11/15/22 | Review E-Mails from client on back and forth with Plan rates and respond | .25 |
| 11/16/22 | Prepare E-Mail to Scott on acceptance offer at 7% and terms | .25 |
| 11/16/22 | Review response from Scott and acceptance on 7% and reply with amortization | .25 |
| 11/16/22 | Review E-Mails from Stephanie on IRS Plan language | |

| Date | Description | Hours |
|---|---|---|
| | requested | .25 |
| 11/16/22 | Re-calculate amounts IRS had on POC and Modified Plan and terms | .25 |
| 11/16/22 | Prepare E-Mail to client on proposed language for IRS and approval here | .25 |
| 11/16/22 | Review E-Mail from Stephanie with Amended POC from IRS and review | .25 |
| 11/16/22 | TC client on First Premier's and IRS' resolutions and Objections and confirmation | 1.00 |
| 11/16/22 | Prepare E-Mail to Stephanie on agreed language with IRS and review response and reply | .25 |
| 11/17/22 | Prepare E-Mail to Scott again on agreement for Plan confirmation for hearing | .25 |
| 11/17/22 | TC confirmation hearing with court on settlement of Objections | .25 |
| 11/17/22 | Prepare Plan as Confirmed with resolutions as stated on record | .25 |
| 11/17/22 | Revise Plan as Confirmed and prepare E-Mail to Trustee, Scott and Stephanie on approval per court | .25 |
| 11/17/22 | Review E-Mail from Scott on questions on language struck and reply on clarification | .25 |
| 11/17/22 | Revise Plan as Confirmed with minor revisions on date with First Premier and re-E-Mailed | .25 |
| 11/17/22 | Review hearing minutes entered by court and mark date | .25 |
| 11/17/22 | TC client on hearing today and Plan as Confirmed ordered by court and process | .25 |
| 11/22/22 | Review Fax from Stephanie on approval of Plan and E-Mail client again on it | .25 |
| 11/28/22 | Prepare E-Mail to client on needing signed Plan as Confirmed ASAP as due Wednesday | .25 |
| 11/19/22 | Review E-Mail from client on Plan as Confirmed not signed and sending it and reply | .25 |
| 11/30/22 | Review E-Mail from client on signed Plan as Confirmed received and respond with filing today | .25 |
| 11/30/22 | Review multiple E-Mails from client on variety of issues and respond to all | .25 |
| 12/01/22 | Review Order Confirming Plan and Plan as Confirmed entered by court and mark dates | .25 |
| 12/01/22 | Prepare E-Mail to client on Plan as Confirmed entered by court and dates | .25 |
| 12/01/22 | Prepare Application for Approval of CPA Fees, Exhibit, Notice and Certificates | 1.00 |
| 12/01/22 | Prepare E-Mail to CPA on itemization needed for | |

|  |  |  |
|---|---|---|
|  | Application and process | .25 |
| 12/02/22 | Review E-Mails from Todd on information for Application and finalize and reply | .25 |
| 12/02/22 | Revise Application for Approval of CPA Fees, Exhibit, Notice and Certificates | 1.00 |
| 12/02/22 | Prepare E-Mail to CPA on review, approval, execution of Application and invoice | .25 |
| 12/02/22 | Prepare proposed Order on Application for Approval of CPA Fees | .25 |
| 12/02/22 | Prepare Application for Approval of Attorney Fees, Notice and Certificates | 1.00 |
|  | Total Hours – Laura | 85.00 |

Julie M. Anacker, CP:

| | | |
|---|---|---|
| 01/11/22 | TC client on update on information for filing | .25 |
| 01/12/22 | TC Wendy on filing and information needed yet | .25 |
| 01/12/22 | Prepare letter to Wendy on Trustee packet information and due dates | .25 |
| 01/18/22 | TC client on information needed for Schedules | 1.00 |
| 01/18/22 | TC Wendy on questions on assets and information | .25 |
| 01/19/22 | TC Wendy on information needed for Schedules again | .25 |
| 01/20/22 | TC Wendy on additional missing information needed for Schedules | 2.25 |
| 01/21/22 | TC Wendy on information needed still | .25 |
| 01/25/22 | TC Wendy on information needed for Schedules | 2.00 |
| 01/26/22 | TC Wendy on income and expenses and questions | .75 |
| 01/26/22 | TC Wendy on cash flow information and questions | .25 |
| 01/26/22 | TC Wendy on bank balances | .25 |
| 02/03/22 | TC Wendy on Trustee's packet information needed and deadlines | .25 |
| 02/04/22 | TC Wendy on DIP information and Trustee packet | .25 |
| 02/15/22 | TC Wendy on Trustee packet information needed | .50 |
| 02/18/22 | TC Wendy on information needed for Trustee packet | .75 |
| 02/18/22 | Prepare E-Mail to client on Summary of Operations information needed | .25 |
| 02/18/22 | Respond to messages from Wendy | .50 |
| 02/21/22 | Review information for monthly report | .25 |
| 02/21/22 | TC Wendy on Schedules and creditors' meeting and questions | .50 |

| Date | Description | Hours |
|---|---|---|
| 02/22/22 | TC Todd on Application to Employ | .25 |
| 02/22/22 | Prepare letter to client on Disclosure Statement to sign, copy and mail | .25 |
| 02/22/22 | Prepare E-Mail to Wendy on Summary of Operations information yet again | .25 |
| 02/25/22 | Respond to messages from Wendy on DIP account and insurance | .25 |
| 02/28/22 | TC Wendy on information needed and questions on Trust | .25 |
| 03/02/22 | Prepare message to client on purchase of trailer and purchase of feed | .25 |
| 03/02/22 | Prepare and review messages to Wendy on filing information | .25 |
| 03/03/22 | Prepare text message to client on cash flow and Summary of Operations | .25 |
| 03/03/22 | Respond to client's messages on information needed | .25 |
| 03/07/22 | TC client on information needed again | .50 |
| 03/08/22 | Prepare message to client on copy of Notice of Filing and details | .25 |
| 03/09/22 | Prepare E-Mail to Dale on Summary of Operations Report | .25 |
| 03/14/22 | TC Wendy on information needed still | 1.25 |
| 03/14/22 | Prepare message to client on 2022 cash flow and questions | .25 |
| 03/14/22 | Review messages and respond to Wendy on all questions | .50 |
| 03/15/22 | TC Wendy on information still needed for Bankruptcy | 1.00 |
| 03/15/22 | TC Wendy on purchase of calves and updates | .25 |
| 03/17/22 | Respond to message from Wendy on information needed | .50 |
| 03/23/22 | TC Wendy on information needed yet | .50 |
| 03/23/22 | Prepare E-Mail to Dale on DIP information | .25 |
| 03/23/22 | Review and respond to messages from Wendy | .25 |
| 03/24/22 | TC Wendy on updated values for Plan | .50 |
| 03/24/22 | TC Wendy on additional updated values | .50 |
| 03/25/22 | TCs with Wendy on questions for assets and Plan | 1.00 |
| 03/25/22 | Prepare message for Wendy on transactions | .25 |
| 03/28/22 | Prepare message to Wendy on questions on accounts and missing information | .25 |
| 03/28/22 | Prepare letter to Wendy on Plan and letter from IRS | .50 |
| 04/07/22 | TC Wendy on Plan signature page and instructions | .25 |
| 04/11/22 | TC Wendy on information still needed | .50 |
| 05/11/22 | Respond to messages from Wendy on court costs paid | |

| Date | Description | Hours |
|---|---|---|
| | and updates | .25 |
| 05/11/22 | E-Mail Wendy on court fees and questions | .25 |
| 05/11/22 | TC Wendy on questions on moving forward | .25 |
| 07/05/22 | Review message from Wendy and respond with still missing information | .25 |
| 07/18/22 | Prepare letter to Wendy on no contact and needing tax returns | .25 |
| 07/19/22 | Prepare E-Mail to Wendy on copy of letter on tax returns and warnings | .25 |
| 07/28/22 | Prepare E-Mail to Wendy on response needed by 8/5/22 | .25 |
| 08/01/22 | Respond to message from Wendy and warned on issues | .25 |
| 08/02/22 | Prepare message to Wendy on tax return issue again | .25 |
| 08/02/22 | Prepare E-Mail to Todd on tax return update and need for returns | .25 |
| 08/03/22 | Respond to message from Wendy on tax returns | .25 |
| 08/04/22 | Review and respond to messages from Wendy on tax returns | .25 |
| 08/05/22 | Respond to messages from Wendy on multiple issues | .25 |
| 08/08/22 | Prepare E-Mail to Wendy on proposed 2022 cash flow projections | .25 |
| 08/15/22 | TC Wendy on information needed for Modified Plan and Cash Flow | .75 |
| 08/16/22 | Prepare message to Wendy on values needed | .25 |
| 08/16/22 | Review Wendy's message and prepare message to Wendy | .75 |
| 08/17/22 | Review income for Wendy for last two years for taxes | .50 |
| 08/17/22 | Respond to messages from Wendy | .25 |
| 08/17/22 | Review message from Wendy and reply | .25 |
| 08/19/22 | Review messages from Wendy and reply | .25 |
| 08/19/22 | Respond to messages from Wendy again and information | .25 |
| 08/23/22 | Prepare messages to Wendy on update on tax returns and urgency | .25 |
| 08/24/22 | Respond to messages from Wendy | .50 |
| 08/26/22 | Review and respond to Wendy's messages | .50 |
| 08/29/22 | Review and respond to messages from Wendy | .25 |
| 08/29/22 | Respond to E-Mail from Todd on income questions for Wendy | .25 |
| 08/30/22 | Review and respond to messages from Wendy | .50 |
| 08/30/22 | Review messages from Wendy and respond with information | .25 |
| 08/30/22 | Respond to messages from Wendy on missing | |

| Date | Description | Hours |
|---|---|---|
| | information and questions | .25 |
| 08/31/22 | Review messages from Wendy and send responses again | .25 |
| 09/06/22 | Prepare message to Wendy on tax information and income to CPA | .25 |
| 09/06/22 | Review messages from Wendy and reply with more information | .25 |
| 09/15/22 | Respond to messages from Wendy on a variety of issues | .25 |
| 09/20/22 | Prepare message to Wendy on updated numbers for cash flow | .25 |
| 09/20/22 | Respond to messages from Wendy on questions | .25 |
| 09/21/22 | TC Wendy on Modified Plan and information needed | .50 |
| 09/26/22 | Prepare E-Mail to Wendy on Modified Plan and information needed | .25 |
| 09/26/22 | Review and respond to Wendy's messages | .25 |
| 09/28/22 | Review and respond to messages on questions on Plan | .50 |
| 09/28/22 | Respond to message from Wendy on amount owed to the bank | .25 |
| 09/29/22 | Review and respond to messages from Wendy | .25 |
| 09/29/22 | TC Wendy on her questions on Plan, cash flow and going forward | 1.50 |
| 10/07/22 | Prepare and respond to messages from Wendy on Plan | .50 |
| 10/11/22 | Prepare Third Supplemental Disclosure of Compensation | .25 |
| 10/11/22 | Serve Modified Plan | .50 |
| 11/09/22 | Prepare E-Mail to Wendy on response to her questions on Plan payments | .50 |
| 11/10/22 | Review E-Mails from Wendy and respond | .25 |
| 11/11/22 | Prepare E-Mail to Wendy on response to her messages on Plan issues | .25 |
| 11/15/22 | Respond to messages from Wendy on Plan and questions | .25 |
| 11/15/22 | TC Wendy on Plan and questions | .25 |

Total Hours – Julie                40.25

Expenses:

| Date | Description | Amount |
|---|---|---|
| 01/11/22 | Judgment search | 8.00 |
| 01/11/22 | Xerox – documents for Schedules | 12.00 |
| 01/12/22 | Chapter 12 filing fee | 278.00 |
| 01/12/22 | Xerox – letter on 341 meeting and Application to Employ Laura | .60 |
| 01/12/22 | Postage – letter on 341 meeting and Application to Employ Laura | 1.06 |
| 01/13/22 | Xerox – letter with Trustee packet | 3.60 |
| 01/13/22 | Postage – letter with Trustee packet | 2.14 |
| 02/04/22 | Xerox – copy of Schedules and letter to Todd on tax information | 6.60 |
| 02/04/22 | Postage – copy of Schedules and letter to Todd on tax information | 11.21 |
| 02/09/22 | Amendment filing fee | 32.00 |
| 02/09/22 | Xerox – Amendment to Mailing List | 1.20 |
| 02/09/22 | Postage – Amendment to Mailing List | 2.12 |
| 02/21/22 | Xerox – tax return | 5.10 |
| 02/22/22 | Postage – Disclosure Statement | 12.22 |
| 02/24/22 | Xerox – letter on Amendment | .60 |
| 02/24/22 | Postage – letter on Amendment | .53 |
| 03/23/22 | Xerox – Notice of Amendment to Schedules | 1.20 |
| 03/23/22 | Postage – Notice of Amendment to Schedules | 2.12 |
| 03/23/22 | Xerox – Application to Employ CPA | 1.20 |
| 03/23/22 | Postage – Application to Employ CPA | 1.06 |
| 03/23/22 | Xerox – Disclosure Statements | 2.10 |
| 03/23/22 | Postage – Disclosure Statements | .73 |
| 03/28/22 | Xerox – Plan and IRS letter | 3.60 |
| 03/28/22 | Postage – Plan and IRS letter | 1.56 |
| 04/12/22 | Xerox – Chapter 12 Plan and Notice | 34.50 |
| 04/12/22 | Postage – Chapter 12 Plan and Notice | 11.13 |
| 04/20/22 | Xerox – Response to IRS Inquiry on Tax Returns | .30 |
| 04/20/22 | Postage – Response to IRS Inquiry on Tax Returns | .53 |
| 04/29/22 | Xerox – Plan and Notice | 3.00 |
| 04/29/22 | Postage – Plan and Notice | .73 |
| 05/11/22 | Copies from eCourts | .20 |
| 05/16/22 | Amendment filing fee | 32.00 |
| 05/16/22 | Xerox – Amend E/F | 1.80 |
| 05/16/22 | Postage – Amend E/F | 3.18 |
| 05/16/22 | Xerox – Notice and Objection | 1.80 |
| 05/16/22 | Postage – Notice and Objection | 3.18 |
| 05/20/22 | Xerox – Application to Employ Accountant | .30 |

| Date | Description | Amount |
|---|---|---|
| 05/20/22 | Postage – Application to Employ Accountant | 1.16 |
| 07/19/22 | Xerox – letter on tax return update | .30 |
| 07/19/22 | Postage – letter on tax return update | .57 |
| 10/11/22 | Xerox – Modified Plan and Notice | 28.50 |
| 10/11/22 | Postage – Modified Plan and Notice | 10.83 |
| | **Total Expenses** | **$524.56** |