UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:  )  Bankr. Case #22-10002
 )  Chapter 12
WENDY ANN BECKING,  )
SSN: xxx-xx-7043,  )  MOTION TO
 )  SUBSTITUTE COUNSEL
 Debtor.  )
 )
 )

Debtor hereby moves this Court for an order substituting Clair R. Gerry of Gerry & Kulm Ask, Prof. LLC as counsel of record and then Clair R. Gerry of Gerry Law Firm, Prof. LLC as counsel of record as of January 1, 2023.

This motion is made pursuant to Local Bankruptcy Rule 2091-1(a)(1) so that substitute counsel can represent Debtor in these proceedings.

Dated this 28th day of December, 2022.

/s/ Wendy Ann Becking
Wendy Ann Becking

Submitted by:

GERRY & KULM ASK, PROF. LLC:

By: /s/ Clair R. Gerry
 Clair R. Gerry
 Attorney for Debtor
 507 West 10th Street
 P.O. Box 966
 Sioux Falls, SD 57101-0966
 Telephone: (605) 336-6400
 Fax: (605) 336-6842
 Email: gerry@sgsllc.com