UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: ) | Bankr. No. 22-10002 |
| ) | Chapter 12 |
| WENDY ANN BECKING ) | |
| SSN/ITIN xxx-xx-7043 ) | ORDER AWARDING CERTAIN FEES |
| ) | |
| Debtor. ) | |

Upon consideration of Gerry & Kulm Ask, Prof. LLC's Application for Fees (doc. 107) and the record before the Court; and it appearing no objection to the application was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Gerry & Kulm Ask, Prof. LLC's application is granted, and the firm is awarded as a chapter 12 administrative expense $28,227.50 for compensation for services, $1,834.79 for applicable sales tax, and $524.56 for reimbursement for expenses, for a total award of $30,586.85. Gerry & Kulm Ask, Prof. LLC shall draw down and apply its $7,000.00 retainer and Debtor's additional payments of $13,000.00. Trustee Dale A. Wein shall pay Gerry & Kulm Ask, Prof. LLC the remaining $10,586.85 pursuant to the terms of Debtor's confirmed plan.

So ordered: December 30, 2022.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota