United States Bankruptcy Court
District of South Dakota

| | |
|---|---|
| In re: | Case No. 22-10002-CLN |
| Wendy Ann Becking | Chapter 12 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0869-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 30, 2022 | Form ID: pdf1 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Wendy Ann Becking, 44950 158th Street, Florence, SD 57235-5204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alison Jolene Ramsdell | on behalf of Creditor Internal Revenue Service alison.ramsdell@usdoj.gov |
| Clair R. Gerry | on behalf of Debtor Wendy Ann Becking gerry@sgsllc.com |
| Dale A. Wein | trustee13@rw-law.net |
| L. Ashley Wieck | ustpregion12.sx.ecf@usdoj.gov |
| Lisa L. Carrico | on behalf of Creditor David Becking Living Trust lisa@carricolaw.net |
| Scott M. Perrenoud | on behalf of Creditor First Premier Bank banko@cadlaw.com  tosman@cadlaw.com;sperrenoud@cadlaw.com |
| Stephanie C. Bengford | on behalf of Creditor Internal Revenue Service usasd.ecfbankruptcy@usdoj.gov |
| Terry J. Sutton | on behalf of Creditor Sutton Law Office  P.C. terry@suttonlawwtn.com, jo@suttonlawwtn.com |

District/off: 0869-1 User: admin Page 2 of 2
Date Rcvd: Dec 30, 2022 Form ID: pdf1 Total Noticed: 1
TOTAL: 8

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 22-10002 |
| | ) | Chapter 12 |
| WENDY ANN BECKING | ) | |
| SSN/ITIN xxx-xx-7043 | ) | ORDER AWARDING CERTAIN FEES |
| | ) | |
| Debtor. | ) | |

Upon consideration of Gerry & Kulm Ask, Prof. LLC's Application for Fees (doc. 107) and the record before the Court; and it appearing no objection to the application was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Gerry & Kulm Ask, Prof. LLC's application is granted, and the firm is awarded as a chapter 12 administrative expense $28,227.50 for compensation for services, $1,834.79 for applicable sales tax, and $524.56 for reimbursement for expenses, for a total award of $30,586.85.  Gerry & Kulm Ask, Prof. LLC shall draw down and apply its $7,000.00 retainer and Debtor's additional payments of $13,000.00.  Trustee Dale A. Wein shall pay Gerry & Kulm Ask, Prof. LLC the remaining $10,586.85 pursuant to the terms of Debtor's confirmed plan.

So ordered:   December 30, 2022.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota